No. 1283. People, Appellee, v. Lara, Appellant.—Assault and battery. Arecibo. November 11, 1918. *Affirmed.*

---

No. 1289. People, Appellee, v. Ruiz, Appellant.—Adulteration of milk. Humacao. November 11, 1918. *Affirmed.*

---

No. 1312. People, Appellee, v. Polanco, Appellant.—Burglary. Arecibo. November 11, 1918. *Appeal withdrawn.*

---

No. 235. Rosaly et al., Petitioners, v. Sepúlveda, District Judge, Respondent. — Certiorari. Ponce. November 11, 1918. *Petition denied.*

---

No. 1766. Carlos Cid & Company, Appellees, v. Porto Rico Construction Company, Appellant.—Contract. San Juan, Section 1. November 11, 1918. *Reconsideration denied.*

---

No. 1837. Méndez, Appellant, v. Banco Comercial de Puerto Rico, Appellee.—Damages. San Juan, Section 1. November 11, 1918. *Reconsideration denied.*

---

No. 1936. Damián, Appellee, v. Muller, Appellant.—Unlawful detainer. Mayagüez. November 12, 1918. *Dismissed.*

---

No. 1288. People, Appellee, v. Rodríguez, Appellant.—Slander. Humacao. November 12, 1918. *Modified and affirmed.*